IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SONIA R. HAMMOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number: |
| | ) 2:07CV896-WHA |
| NELL E. LAMB and TODD SWING, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

RECEIVED
2007 OCT -5 A 9: 50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### JOINDER IN REMOVAL

COMES NOW the defendant, Nell E. Lamb, pursuant to 28 U.S.C. § 1446, and joins in the notice of removal filed by the defendant, Todd Swing, in this case.

_____
R. Larry Bradford, Attorney for Defendant,
Nell E. Lamb
Attorney Bar Code: ASB-8038-F64R

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216

## CERTIFICATE OF SERVICE

I hereby certify that I have this the _28_ day of September, 2007 served a copy of the foregoing to all attorneys of record by electronically filing and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Tedford Taylor, Esq.
Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205


_____
OF COUNSEL