IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 OCT -5  A 9: 50

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| SONIA R. HAMMOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number: 2:07CV896-wha |
| | ) | |
| NELL E. LAMB and TODD SWING, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER OF DEFENDANT, NELL E. LAMB ("LAMB")

### First Defense

Lamb denies each and every material allegation of the complaint. She demands strict proof thereof.

### Second Defense

Lamb specifically denies that she was guilty of any wantonness as alleged in the complaint. She denies that she was guilty of the type conduct required for the imposition of punitive damages under Alabama law. She demands clear and convincing evidence of such wrongful conduct.

### Third Defense

Lamb denies that the plaintiff is entitled to recover the items and amounts of damages alleged in the complaint. She demands strict proof thereof.

### Fourth Defense

Lamb reserves the right to amend her answer to raise additional or different defenses upon completion of further investigation and discovery.

_R. Larry Bradford, Attorney for Defendant,_
Nell E. Lamb
Attorney Bar Code: ASB-8038-F64R

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205) 871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the _28_ day of September, 2007 served a copy of the foregoing to all attorneys of record by electronically filing and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Tedford Taylor, Esq.
Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205

_OF COUNSEL_