```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | | |
|---|---|---|
| SONIA R. HAMMOCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 07-CV-00896-WHA-TFM |
| | § | |
| NELL E. LAMB and TODD SWING, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S MOTION TO STAY RULE 26(F) CONFERENCING & REPORT DEADLINE

    Comes now the Plaintiff, Sonia R. Hammock, and without waiving any objections that she has raised to this Court's jurisdiction over the case, moves this Honorable Court to stay the Rule 26(f) conferencing and report deadlines in this case. As a basis for said motion, Plaintiff states as follows:

    1.  This case was removed from the Circuit Court of Lowndes County, by Defendants. Defendants alleged the removal based on the grounds of diversity jurisdiction.

    2.  Plaintiff has objected to Defendants' assertions and filed a motion to remand this case back to state court where it was originally filed. In the alternative, Plaintiff has requested leave from the Court to conduct jurisdictional discovery prior to a ruling on her motion to remand.

      3.    Proceeding with Rule 26(f) conferencing deadlines before this Court has had a chance to rule on the jurisdictional question does not promote the conservation of judicial resources.

      WHEREFORE, PREMISES CONSIDERED, Plaintiff moves this Court to enter an order staying the Rule 26(f) conferencing and report deadlines pending a decision regarding Plaintiff's motion to remand the case to the Circuit Court of Lowndes County, Alabama.

/s/ Tedford Taylor
TEDFORD TAYLOR

Attorney for Plaintiff

OF COUNSEL:

TAYLOR & TAYLOR
2130 Highland Avenue
Birmingham, Alabama 35205
(205) 558-2800 (phone)
tedford@taylorlawyers.com (e-mail)

**CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed this pleading so that service will be sent by the ECMF System via electronic mail to counsel of record on this the 25th day of October, 2007:

Larry R. Bradford, Esq.
Lbradford@bradfordsears.com


                /s/ Tedford Taylor
                TEDFORD TAYLOR