IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SONIA R. HAMMOCK,                    §
                                     §
        Plaintiff,                   §
                                     §      CIVIL ACTION NO.
                                     §
v.                                   §      07-CV-00896-WHA-TFM
                                     §
NELL E. LAMB and TODD SWING,         §
                                     §
        Defendants.                  §

## EVIDENTIARY SUBMISSION IN SUPPORT OF
## PLAINTIFF'S MOTION TO REMAND

COMES NOW the Plaintiff, Sonia R. Hammock, and offers the following evidentiary submission in support of her motion to remand:

        EXHIBIT 1          Complaint

        EXHIBIT 2          Alabama Uniform Traffic Accident Report

        EXHIBIT 3          Notice of Removal

        EXHIBIT 4          Affidavit of Toby Horne


                          /s/ Tedford Taylor
                          TEDFORD TAYLOR

                          Attorney for Plaintiff


OF COUNSEL:

TAYLOR & TAYLOR
2130 Highland Avenue
Birmingham, Alabama 35205
(205) 558-2800 (phone)
tedford@taylorlawyers.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed this Notice of Appearance so that service will be sent by the ECMF System via electronic mail to counsel of record on this the 25th day of October, 2007:

Larry R. Bradford, Esq.
lbradford@bradfordsears.com


/s/ Tedford Taylor
TEDFORD TAYLOR

IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

SONIA R. HAMMOCK,                    )
                                     )
        Plaintiff,                   )
                                     )
vs.                                  )   CIVIL ACTION NO: _____
                                     )
NELL E. LAMB, an individual;         )
TODD SWING, an individual;           )
DEFENDANTS A, B and C,               )
whether singular or plural,          )
that person, firm or                 )
corporation owning the vehicle)
being driven by NELL E. LAMB, )
on the occasion made the basis)
of this suit; FICTITIOUS      )
DEFENDANTS D, E and F, whether)
singular or plural, that      )
person, firm or corporation   )
on whose behalf the vehicle   )
was being driven by NELL E.   )
LAMB on the occasion made     )
the basis of this lawsuit;    )
FICTITIOUS DEFENDANTS G, H    )
and I, whether singular or    )
plural, that person, firm     )
or corporation who or which   )
insured the Plaintiff under   )
a policy of uninsured and/or  )
underinsured motorist coverage)
on the occasions made the     )
basis of this lawsuit;        )
FICTITIOUS DEFENDANTS J, K    )
and L, whether singular or    )
plural, that person, firm or  )
corporation who or which      )
negligently entrusted the     )
vehicle to NELL E. LAMB on    )
the occasion made the basis   )
of this lawsuit; FICTITIOUS   )
DEFENDANTS M, N and O,        )
whether singular or plural,   )
that person who is the        )
true and correct name of the  )
Defendants known as NELL E.   )
LAMB, TODD SWING and/or        )

EXHIBIT 1

```
FICTITIOUS DEFENDANTS P, Q    )
and R, whether singular or    )
plural, that person, firm or  )
corporation who or which sold,)
provided, served or otherwise )
dispensed alcoholic beverages )
to Defendant NELL E. LAMB     )
prior to the collision made   )
the basis of this lawsuit;    )
FICTITIOUS DEFENDANTS S, T     )
and U, whether singular or    )
plural, that person, firm or  )
corporation whose negligence, )
wantonness, willfulness and/or)
otherwise wrongful conduct    )
caused the collision made the )
basis of this lawsuit,        )
                              )
         Defendants.          )
                              )
```

## COMPLAINT

1.    Plaintiff, SONIA R. HAMMOCK (hereinafter "Plaintiff" or "HAMMOCK"), is an adult resident citizen of Elmore County, Alabama.

2.    Defendant NELL E. LAMB (hereinafter "LAMB") is an adult and at all times relevant to the Complaint was a resident of Lowndes County, Alabama.

3.    Defendant TODD SWING (hereinafter "SWING") is an adult and at all times relevant to the Complaint was a resident of Lowndes County, Alabama.

4.    FICTITIOUS DEFENDANTS A, B, and C, whether singular or plural, is that person, firm or corporation owning the vehicle being driven by NELL E. LAMB on the occasion made the basis of this suit; FICTITIOUS DEFENDANTS D, E and , whether singular or plural, is that person, firm or corporation n whose behalf the vehicle was

2

EXHIBIT 1

being driven by NELL E. LAMB on the occasion made the basis of this lawsuit; FICTITIOUS DEFENDANTS G, H and I, whether singular or plural, is that person, firm or corporation who or which insured the Plaintiff under a policy of uninsured and/or undersinsured motorist coverage on the occasion made the basis of this lawsuit; FICTITIOUS DEFENDANTS J, K and L, whether singular or plural, is that person, firm or corporation who or which negligently entrusted the vehicle to NELL E. LAMB on the occasion made the basis of this lawsuit; FICTITIOUS DEFENDANTS M, N and O, whether singular or plural, is that person, firm or corporation who or which is the true and correct name of the Defendants herein known as NELL E. LAMB, TODD SWING and/or FICTITIOUS DEFENDANTS; FICTITIOUS DEFENDANTS P, Q and R, whether singular or plural, is that person, firm or corporation who or which sold, provided, served or otherwise disposed alcoholic beverages to Defendant NELL E. LAMB prior to the incident made the basis of this lawsuit; FICTITIOUS DEFENDANTS S, T and U, whether singular or plural, is that person, firm or corporation whose negligence, wantonness, willfulness and/or otherwise wrongful conduct caused the collision made the basis of this lawsuit. The aforesaid wrongful conduct of said FICTITIOUS DEFENDANTS proximately caused damage to Plaintiff as set forth herein. The identities of the FICTITIOUS DEFENDANTS are otherwise unknown to Plaintiff at this time, or if their names are known to Plaintiff at this time, their identities as proper party

EXHIBIT 1

Defendants are not known to Plaintiff at this time, but their true names will be substituted by amendment when ascertained.

## COUNT ONE

1.     On or about November 23, 2005, on U.S. Highway 231, near Tutwiler Prison, on the outskirts of Wetumpka, Elmore County, Alabama, Defendant NELL E. LAMB negligently and/or wantonly caused or allowed the motor vehicle she was operating to collide with the motor vehicle being driven by the Plaintiff.

2.     Defendant TODD SWING, and/or FICTITIOUS DEFENDANTS entrusted to Defendant NELL E. LAMB the vehicle being operated by NELL E. LAMB at the time of the collision made the basis of this lawsuit.

3.     As a proximate consequence of the negligence and/or wantonness of D fendant(s), Plaintiff was caused to suffer, among other things, the following injuries and damages: she was injured in and about her body, including but not limited to, injury to her shoulder and rotator cuff requiring surgery and painful physical therapy; she incurred medical bills; and, she has suffered physical pain and suffering, mental anguish and emotional distress and other damages, losses and impairments. Some or all of said damages and losses are permanent in nature or are otherwise expected to continue in the future.

WHEREFORE, Plaintiff demands judgment including compensatory and punitive damages against Defendants NELL E. LAMB, TODD SWING

EXHIBIT 1

and/or FICTITIOUS DEFENDANTS, in an amount exceeding the jurisdictional minimum of this Court, plus interest and costs.

## COUNT TWO

1.    Plaintiff realleges the allegations contained in each and every Count of this Complaint.

2.    Plaintiff claims damages against Defendant SWING and/or FICTITIOUS DEFENDANTS for negligently entrusting the motor vehicle to Defendant NELL E. LAMB, on November 23, 2005, the date of the collision made the basis of this lawsuit.

3.    Plaintiff avers that on November 23, 2005, on U.S. Highway 231, near Tutwiler Prison, on the outskirts of Wetumpka, Elmore County, Alabama, as proximate result of the aforementioned negligent entrustment, Defendant LAMB was in possession and control of Defendant SWING'S and/or FICTITIOUS DEFENDANTS' motor vehicle when she pulled out in front of Plaintiff.

4.    Plaintiff avers that Defendant LAMB was incompetent and/or reckless in the operation of the motor vehicle; and Defendant LAMB so negligently and/or wantonly operated the negligently entrusted motor vehicle that she caused said vehicle to collide with the motor vehicle being operated by Plaintiff.

5.    Defendant SWING knew, or should have known, of Defendant LAMB'S incompetency, inexperience, and/or recklessness, at all times relevant to the underlying circumstances of this lawsuit, which created an appreciable risk of harm.

5

EXHIBIT 1

6.    As a proximate cause of the negligence and/or wantonness of Defendant LAMB, combined with the negligent entrustment of the vehicle, Plaintiff was caused to suffer injuries and damages as previously set forth herein.

WHEREFORE, Plaintiff demands judgment against Defendants, including FICTITIOUS DEFENDANTS, in an amount exceeding the jurisdictional minimum of this Court, plus interest and costs.

_____
TEDFORD TAYLOR (TAY001)
Attorney for Plaintiff

OF COUNSEL
TAYLOR & TAYLOR
2130 Highland Avenue
Birmingham, AL 35205
(205) 558-2800 - telephone
(205) 558-2860 - facsimile

**Plaintiff demands a trial by struck jury.**

_____
TEDFORD TAYLOR

**DEFENDANTS' ADDRESSES**

**NELL E. LAMB**
**Post Office Box 61**
**Lowndesboro, Alabama 36752-0061**

**TODD SWING**
**Post Office Box 61**
**Lowndesboro, Alabama 36752-0061**

6

EXHIBIT 1

MAR 16 2005
JAN 19 2005

**ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT**

AST 27
REV. 1/81

DPS
Accident No. E541400

Sheet 1 of 2 Sheet(s)     Microfilm No.     Local Case No. 051101181

Shaded Areas To Be Used By Data Processing Only

## LOCATION AND TIME

Date: 11 23 2005     Time: 7:25 CT     Day of Week: 29     County: Wetumpka     Rural

On Street, Road or Highway: U.S. 231     At/Near (Node 1 or Between Node 1): AL 9     And (Node 2): City Limits

5021     5     380     0.99/15

First Harmful Event: 20     N/A

Highway Classification: Interstate — S=State, Federal — U.S., County — County — Other

## UNIT NO 1

Driver: Nell E. Lamb     Street Address: 112 Sullivan Hill Hwy 80W     City: Lowndesboro, AL     ZIP: 36752     Telephone No. 334 278-3368

DOB: 01 17 1961     Race: W  Sex: F  DL State: VA     Driver License No. T66300358     DL Class: N  DL Status: U  List Restrictions Not Complied With     COL Status: N  List Endorsements  Residence Less Than 25 Miles

Place of Employment: Tutweiler Prison     Liability Insurance Co.: Progressive

Driver Condition: 1 — No Defect     Sobriety     Officer's Opinion: Alcohol: Yes No Unk  Drugs: Yes No Unk     Type Test Given: No Test  1 — Blood Test, 3 — Urine Test, 2 — Breath Test, 4 — Unable to Administer     Refused Test: No     Test Results: N/A

Maneuver: 17     Travel Road Name: U.S. 231     Road Code: 5021     Travel Direction: W     Prime Harmful Event: 1     Event Loc: 1

Veh Year: 2002     Make: Satu     Model: SL2     Body: 4     V.I.N.: 1G8ZJ52782Z304147     License Tag Number: 95A861N     State: AL  Year: 06

Owners Name: Todd Swing     Street or R.F.D.: Same As driver

Speed Limit: 55 MPH     Est. Speed: 99 MPH     Citation/Offense Charged: None

Vehicle Towed By Whom: Haynes Wrecker     To Where: Wetumpka, AL

Attachment: 2

## UNIT NO 2 — VEHICLE OR PEDESTRIAN

Driver/Pedestrian: Sonia R. Hammock     Street Address: 7095 Weoka Rd. Wetumpka, AL     ZIP: 36092     Telephone No. 334 567-9971

DOB: 03 19 1985     Race: W  Sex: F  DL State: AL     Driver License No. 7211057     DL Class: D  DL Status: C  COL Status     Residence Less Than 25 Miles

Place of Employment: Hoyt Henley Builders     Liability Insurance: Thompson Ins.

Driver/Ped Condition: 1 — No Defect     Sobriety     Officer's Opinion: Alcohol: Yes No Unk  Drugs: Yes No Unk     Type Test Given: No Test     Refused Test: No     Test Results: N/A

Maneuver: 01     Travel Road Name: U.S. 231     Road Code: 5021     Travel Direction: W     Prime Harmful Event: 20     Event Loc: 1

Veh Year: 2060     Make: Ford     Model: Must     Body: 2     V.I.N.: 1FAFP4441YF184034     License Tag Number: 29D444L     State: AL  Year: 06

Owners Name: Phillip Hammock     Street or R.F.D.: 1626 Neman Rd     City: Tallassee     State: AL  ZIP: 36078

Speed Limit: 55 MPH     Est. Speed: 55 MPH     Citation/Offense Charged: None

Vehicle Towed By Whom: Jones Wrecker     To Where: Montgomery, AL

Attachment: 1

EXHIBIT 2

**SEATING**

Other Involved Unit (Circle One)
Unit 1: 43
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstances / Codes Not Applicable

Other Involved Unit (Circle One)
Unit 2: 41
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstances / Codes Not Applicable

Other Involved Safety Equipment

**CODES / SAFETY EQUIPMENT**
30 - Lap Belt Used
31 - Not Applicable
99 - Unknown (Any Type)
Lap Belt Used
11 - Lap Only Used
12 - Not Fastened
Lap/Shoulder Harness
21 - Lap Only Used
22 - Neither Used
23 - Shoulder Belt Only Used
24 - Belt Used
Motorcycle Helmet
31 - None Used
32 - Used
Air Bags
41 - Equipped, Switch Used
42 - Not Deployed, Not Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
Child Restraint
81 - Child Restraint Used
82 - Child Restraint Not Used
83 - None Used
Pedal Cycle/Pedestrian
91 - Conspicuous Clothing
92 - Non-Conspicuous Clothing

**VICTIMS** / N/A ☒

| No | Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejec-tion | First Aid By |
|----|------|---------|---------|----------|-------------|-----|-----|-----------|--------------|

Taken To / Taken By

**CODES**
Injury Type
K - Killed
B - Bruise/Abrasion/Swelling
A - Visible or Carried from Scene
C - Not Visible — No Pain/Faint

Ejected
N - Not    T - Trapped
F - Fully
P - Partially    X - Not Applicable

First Aid By
A - Ambulance Attended    M - Paramedic    P - Police
D - Doctor    U - Unknown    N - None

**NARRATIVE AND DIAGRAM**

See Page 2

Officer's Opinion of What Happened:
Unit one had exited Tutwiler Prison attempting to go south on U.S. 231 pulled out infront of Unit two who was traveling south on U.S. 231. Driver of Unit one stated she did not see unit two

**ROADWAY ENVIRONMENT**

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit:

Unit 1 / N/A
Unit 2: 2 / N/A

Contributing Road Defects
1 - None
2 - Shoulders Low
3 - Holes, Bumps, Etc.
8 - Other

Surface Construction
1 - Asphalt
2 - Concrete
3 - Brick
4 - Unpaved
8 - Other

Condition
1 - Dry
2 - Wet
3 - Icy
4 - Snowy/Slushy
5 - Muddy
8 - Other

Accident In Or Related To Road Construction Zone?   Yes   Yes

Material In Roadway (Contributing)
1 - None    5 - Gravel
2 - Rocks    6 - Oil/Petrol
3 - Trees/Limbs    8 - Other
4 - Mud

Material Source
1 - Not Applicable
2 - Natural Environment
3 - Dropped From Vehicle
4 - Already In Road, But Fell From Vehicle
8 - Other
9 - Unknown

Character
1 - Straight—Level    6 - Curve—Down Grade
2 - Straight—Down Grade    7 - Curve—Up Grade
3 - Straight—Up Grade    8 - Curve—Hillcrest
4 - Straight—Hillcrest
5 - Curve—Level

Vision Obscured By:
00 - Not Obscured
1 - Buildings
2 - Signboard
3 - Trees, Crops, Bushes
4 - Blowing Snow/Sand
5 - Hillcrest
6 - Curve in Road
7 - Fog
8 - Parked Vehicle
9 - Moving Vehicles
10 - Blinded by Sunlight
11 - Fine/Smoke
12 - Dust
13 - Blinded by Headlights
14 - Embankment
15 - Rain on Windshield
16 - Snow on Windshield
98 - Other
99 - Unknown

Traffic Control
1 - Police Officer
2 - R.R. Crossing Gates
3 - R.R. Flashing Lights
4 - R.R. Cross Bucks/Pave. Mark
5 - Pedestrian Control
6 - Traffic Signal
7 - Flashing Beacon
8 - Stop Sign
9 - Yield Sign
10 - Lane Control Device
11 - Flagger
12 - No Passing Zone
98 - Other

Traffic Control Functioning   Yes   No   N/A

DOT Railroad Crossing No.

Opposing Lanes Separated By:
97 - None
1 - Paved Surface
2 - Unpaved Surface
3 - Broken Painted Line
4 - Solid Painted Line
5 - Concrete Barrier
6 - Metal Guard Rail
7 - Fence
98 - Other Barrier

Trafficway Lanes
1 - One Lane
2 - Two Lanes
3 - Three Lanes
4 - Four Lanes
5 - Five Lanes
6 - Six Lanes or More

One-Way Street   Yes   No

**INVESTIGATION**

Light
1 - Daylight    4 - Darkness—Road Not Lit
2 - Dawn
3 - Dusk    5 - Darkness—Road Lit

Weather
1 - Clear    5 - Sleet/Hail
2 - Cloudy    6 - Snow/Wind
3 - Rain    7 - Fog
4 - Snow    8 - Other

Locale
1 - Open Country    5 - School
2 - Residential    6 - Playground
3 - Shop or Business    8 - Industrial
4 - Mfg. or Industrial

Non-Vehicular Property Damage
1 - None Visible    3 - Moderate
2 - Light    4 - Severe

Property Damage Description
Description:
Owner: N/A
Address:
Telephone:

Time Police Notified: 7:25 PM
Time Police Arrived: 7:30 PM
Time EMS Arrived:
Name of Photographer:

Witness Full Name: N/A
Address:
Telephone:

Witness Full Name:
Address:
Telephone:

Name of Investigating Officer: Sgt. C.W. Emfinger    Officer ID: 914    Agency ORI: AL0290100

Name of Other Investigating Officer(s) at Scene:    Officer ID:    Agency ORI: 914

The data on this report reflects my best knowledge, opinion and belief regarding the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer: Sgt. C.W. Emfinger    Date: 11/23/2005

EXHIBIT 2



EXHIBIT 2

IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

| | |
|---|---|
| SONIA R. HAMMOCK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number: CV-07-47 |
| | ) |
| NELL E. LAMB and TODD SWING, | ) |
| et al., | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF REMOVAL

COMES NOW the defendant, Todd Swing, and hereby notifies the parties in the above-styled action and the Clerk of the Circuit Court of Baldwin County, Alabama, in accordance with the provisions of 28 U.S.C. §1446, of the filing of the Notice of Removal in the United States District Court of the Middle District of Alabama, Northern Division, of the civil action styled as <u>Sonia Hammock v. Nell E. Lamb and Todd Swing, et al.</u>, Civil Action Number CV-07-47. A copy of the Notice of Removal is attached and hereby filed with the Clerk of the Circuit Court of Lowndes County, Alabama.

This the __26__ day of September, 2007.

_Larry Bradford_

R. Larry Bradford, Attorney for Defendant,
Todd Swing
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216

**EXHIBIT 3**

**CERTIFICATE OF SERVICE**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SONIA R. HAMMOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number: |
| | ) |
| NELL E. LAMB and TODD SWING, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

### <u>NOTICE OF REMOVAL</u>

COMES NOW the defendant, Todd Swing ("Swing"), and files this Notice of Removal of this case from the Circuit Court of Lowndes County, Alabama, in which it is now pending to the United States District Court for the Middle District of Alabama, Northern Division, and shows unto the court the following:

I.

This case was commenced in the Circuit Court of Lowndes County, Alabama on September 11, 2007, and is now pending in that court.

II.

This case is a civil action for damages arising out of a motor vehicle accident which occurred on November 23, 2005 in Elmore County, Alabama.

III.

This action is one of a civil nature over which the District Courts of the United States have original jurisdiction because of diversity of citizenship and the amount in controversy.

EXHIBIT 3

IV.

The matter in dispute exceeds the sum of $75,000, exclusive of interest and costs, as will more fully appear by the plaintiff's complaint which is attached as Exhibit "A". The plaintiff is seeking an unspecified amount of compensatory and punitive damages. She underwent surgery for her shoulder injury which she claims that she received in this accident. Her last settlement demand was in excess of $75,000.

V.

The plaintiff, Sonia Hammock, was at the time of the commencement of this action, and now is, a resident citizen of Alabama. She lives in Elmore County, Alabama

VI.

The defendant, Nell E. Lamb ("Lamb"), has now been served with the complaint while visiting her mother in Alabama. However, she was at the time of the commencement of this action, and now is, a resident citizen of the state of Michigan. Lamb will consent to joining in this notice of removal.

The defendant Swing was at the time of the commencement of this action and is now a resident citizen of the state of Michigan.

VII.

The petition is timely filed with this Court pursuant to 28 U.S.C. §1446(b). Swing has agreed that his attorney can file an answer to the complaint and notice of removal without the necessity of formal service of process upon him.

EXHIBIT 3

VIII.

A copy of this Notice of Removal will be filed with the clerk of the Circuit Court of Lowndes County, Alabama in accordance with 28 U.S.C. §1446(d).

Swing requests that this Court will take jurisdiction of this case and will issue all necessary orders and process in order to remove the case from the Circuit Court of Lowndes County, Alabama, to the United States District Court for the Northern Division of the Middle District of Alabama.

_R. Larry Bradford_

R. Larry Bradford, Attorney for Defendant,
Todd Swing
Attorney Bar Code: ASB-8038-F64R

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216

EXHIBIT 3

## CERTIFICATE OF SERVICE

I hereby certify that I have this the _26_ day of September, 2007 served a copy of the foregoing to all attorneys of record by electronically filing and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Tedford Taylor, Esq.
Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205


_____
OF COUNSEL

EXHIBIT 3

# EXHIBIT "A"

EXHIBIT 3

IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

SONIA R. HAMMOCK,                    )
                                     )
        Plaintiff,                   )
                                     )
vs.                                  )    CIVIL ACTION NO: _____
                                     )
NELL E. LAMB, an individual;         )
TODD SWING, an individual;           )
DEFENDANTS A, B and C,               )
whether singular or plural,          )
that person, firm or                 )
corporation owning the vehicle)
being driven by NELL E. LAMB,        )
on the occasion made the basis)
of this suit; FICTITIOUS             )
DEFENDANTS D, E and F, whether)
singular or plural, that             )
person, firm or corporation          )
on whose behalf the vehicle          )
was being driven by NELL E.          )
LAMB on the occasion made            )
the basis of this lawsuit;           )
FICTITIOUS DEFENDANTS G, H           )
and I, whether singular or           )
plural, that person, firm            )
or corporation who or which          )
insured the Plaintiff under          )
a policy of uninsured and/or         )
underinsured motorist coverage)
on the occasions made the            )
basis of this lawsuit;               )
FICTITIOUS DEFENDANTS J, K            )
and L, whether singular or           )
plural, that person, firm or         )
corporation who or which             )
negligently entrusted the            )
vehicle to NELL E. LAMB on           )
the occasion made the basis          )
of this lawsuit; FICTITIOUS          )
DEFENDANTS M, N and O,               )
whether singular or plural,          )
that person who is the               )
true and correct name of the         )
Defendants known as NELL E.          )
LAMB, TODD SWING and/or              )

EXHIBIT 3

FICTITIOUS DEFENDANTS P, Q )
and R, whether singular or )
plural, that person, firm or )
corporation who or which sold,)
provided, served or otherwise )
dispensed alcoholic beverages )
to Defendant NELL E. LAMB )
prior to the collision made )
the basis of this lawsuit; )
FICTITIOUS DEFENDANTS S, T )
and U, whether singular or )
plural, that person, firm or )
corporation whose negligence, )
wantonness, willfulness and/or)
otherwise wrongful conduct )
caused the collision made the )
basis of this lawsuit, )
                                )
        Defendants.             )
                                )



### COMPLAINT

    1.    Plaintiff, SONIA R. HAMMOCK (hereinafter "Plaintiff" or "HAMMOCK"), is an adult resident citizen of Elmore County, Alabama.

    2.    Defendant NELL E. LAMB (hereinafter "LAMB") is an adult and at all times relevant to the Complaint was a resident of Lowndes County, Alabama.

    3.    Defendant TODD SWING (hereinafter "SWING") is an adult and at all times relevant to the Complaint was a resident of Lowndes County, Alabama.

    4.    FICTITIOUS DEFENDANTS A, B, and C, whether singular or plural, is that person, firm or corporation owning the vehicle being driven by NELL E. LAMB on the occasion made the basis of this suit; FICTITIOUS DEFENDANTS D, E and F, whether singular or plural, is that person, firm or corporation on whose behalf the vehicle was

2

EXHIBIT 3

being driven by NELL E. LAMB on the occasion made the basis of this lawsuit; FICTITIOUS DEFENDANTS G, H and I, whether singular or plural, is that person, firm or corporation who or which insured the Plaintiff under a policy of uninsured and/or undersinsured motorist coverage on the occasion made the basis of this lawsuit; FICTITIOUS DEFENDANTS J, K and L, whether singular or plural, is that person, firm or corporation who or which negligently entrusted the vehicle to NELL E. LAMB on the occasion made the basis of this lawsuit; FICTITIOUS DEFENDANTS M, N and O, whether singular or plural, is that person, firm or corporation who or which is the true and correct name of the Defendants herein known as NELL E. LAMB, TODD SWING and/or FICTITIOUS DEFENDANTS; FICTITIOUS DEFENDANTS P, Q and R, whether singular or plural, is that person, firm or corporation who or which sold, provided, served or otherwise dispensed alcoholic beverages to Defendant NELL E. LAMB prior to the incident made the basis of this lawsuit; FICTITIOUS DEFENDANTS S, T and U, whether singular or plural, is that person, firm or corporation whose negligence, wantonness, willfulness and/or otherwise wrongful conduct caused the collision made the basis of this lawsuit. The aforesaid wrongful conduct of said FICTITIOUS DEFENDANTS proximately caused damage to Plaintiff as set forth herein. The identities of the FICTITIOUS DEFENDANTS are otherwise unknown to Plaintiff at this time, or if their names are known to Plaintiff at this time, their identities as proper party

3

EXHIBIT 3

Defendants are not known to Plaintiff at this time, but their true names will be substituted by amendment when ascertained.

## COUNT ONE

1.  On or about November 23, 2005, on U.S. Highway 231, near Tutwiler Prison, on the outskirts of Wetumpka, Elmore County, Alabama, Defendant NELL E. LAMB negligently and/or wantonly caused or allowed the motor vehicle she was operating to collide with the motor vehicle being driven by the Plaintiff.

2.  Defendant TODD SWING, and/or FICTITIOUS DEFENDANTS entrusted to Defendant NELL E. LAMB the vehicle being operated by NELL E. LAMB at the time of the collision made the basis of this lawsuit.

3.  As a proximate consequence of the negligence and/or wantonness of Defendant(s), Plaintiff was caused to suffer, among other things, the following injuries and damages: she was injured in and about her body, including but not limited to, injury to her shoulder and rotator cuff requiring surgery and painful physical therapy; she incurred medical bills; and, she has suffered physical pain and suffering, mental anguish and emotional distress and other damages, losses and impairments. Some or all of said damages and losses are permanent in nature or are otherwise expected to continue in the future.

WHEREFORE, Plaintiff demands judgment including compensatory and punitive damages against Defendants NELL E. LAMB, TODD SWING

EXHIBIT 3

and/or FICTITIOUS DEFENDANTS, in an amount exceeding the jurisdictional minimum of this Court, plus interest and costs.

## COUNT TWO

1.    Plaintiff realleges the allegations contained in each and every Count of this Complaint.

2.    Plaintiff claims damages against Defendant SWING and/or FICTITIOUS DEFENDANTS for negligently entrusting the motor vehicle to Defendant NELL E. LAMB, on November 23, 2005, the date of the collision made the basis of this lawsuit.

3.    Plaintiff avers that on November 23, 2005, on U.S. Highway 231, near Tutwiler Prison, on the outskirts of Wetumpka, Elmore County, Alabama, as proximate result of the aforementioned negligent entrustment, Defendant LAMB was in possession and control of Defendant SWING'S and/or FICTITIOUS DEFENDANTS' motor vehicle when she pulled out in front of Plaintiff.

4.    Plaintiff avers that Defendant LAMB was incompetent and/or reckless in the operation of the motor vehicle; and Defendant LAMB so negligently and/or wantonly operated the negligently entrusted motor vehicle that she caused said vehicle to collide with the motor vehicle being operated by Plaintiff.

5.    Defendant SWING knew, or should have known, of Defendant LAMB'S incompetency, inexperience, and/or recklessness, at all times relevant to the underlying circumstances of this lawsuit, which created an appreciable risk of harm.

EXHIBIT 3

6.    As a proximate cause of the negligence and/or wantonness of Defendant LAMB, combined with the negligent entrustment of the vehicle, Plaintiff was caused to suffer injuries and damages as previously set forth herein.

WHEREFORE, Plaintiff demands judgment against Defendants, including FICTITIOUS DEFENDANTS, in an amount exceeding the jurisdictional minimum of this Court, plus interest and costs.

_____
TEDFORD TAYLOR (TAY031)
Attorney for Plaintiff

OF COUNSEL
TAYLOR & TAYLOR
2130 Highland Avenue
Birmingham, AL 35205
(205) 558-2800 - telephone
(205) 558-2860 - facsimile

**Plaintiff demands a trial by struck jury.**

_____
TEDFORD TAYLOR

**DEFENDANTS' ADDRESSES**

**NELL E. LAMB**
**Post Office Box 61**
**Lowndesboro, Alabama 36752-0061**

**TODD SWING**
**Post Office Box 61**
**Lowndesboro, Alabama 36752-0061**

6

EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SONIA R. HAMMOCK,                        )
                                         )
        Plaintiff,                       )
                                         )
v.                                       ) Civil Action Number:
                                         )
NELL E. LAMB and TODD SWING,             )
et al.,                                  )
                                         )
        Defendants.                      )

## JOINER IN REMOVAL

COMES NOW the defendant, Nell E. Lamb, pursuant to 28 U.S.C. § 1446, and joins

in the notice of removal filed by the defendant, Todd Swing, in this case.


_____
R. Larry Bradford, Attorney for Defendant,
Nell E. Lamb
Attorney Bar Code: ASB-8038-F64R


OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216


EXHIBIT 3

## CERTIFICATE OF SERVICE

I hereby certify that I have this the _28_ day of September, 2007 served a copy of the foregoing to all attorneys of record by electronically filing and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Tedford Taylor, Esq.
Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205


_____
OF COUNSEL


EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SONIA R. HAMMOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number: |
| | ) |
| NELL E. LAMB and TODD SWING, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ANSWER OF DEFENDANT, NELL E. LAMB ("LAMB")

### First Defense

Lamb denies each and every material allegation of the complaint. She demands strict proof thereof.

### Second Defense

Lamb specifically denies that she was guilty of any wantonness as alleged in the complaint. She denies that she was guilty of the type conduct required for the imposition of punitive damages under Alabama law. She demands clear and convincing evidence of such wrongful conduct.

### Third Defense

Lamb denies that the plaintiff is entitled to recover the items and amounts of damages alleged in the complaint. She demands strict proof thereof.

### Fourth Defense

Lamb reserves the right to amend her answer to raise additional or different defenses upon completion of further investigation and discovery.

EXHIBIT 3

_R. Larry Bradford, Attorney for Defendant,_
Nell E. Lamb
Attorney Bar Code: ASB-8038-F64R

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205) 871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 28 day of September, 2007 served a copy of the foregoing to all attorneys of record by electronically filing and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Tedford Taylor, Esq.
Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205

_OF COUNSEL_

EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SONIA R. HAMMOCK,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   ) Civil Action Number:
                                     )
NELL E. LAMB and TODD SWING,         )
et al.,                              )
                                     )
        Defendants.                  )

## **ANSWER OF DEFENDANT, TODD SWING ("SWING")**

### First Defense

Swing denies each and every material allegation of the complaint. He demands strict proof thereof.

### Second Defense

Swing specifically denies that he was guilty of any wantonness as alleged in the complaint. He denies that he was guilty of the type conduct required for the imposition of punitive damages under Alabama law. He demand clear and convincing evidence of such wrongful conduct.

### Third Defense

Swing denies that Nell E. Lamb was an incompetent driver or that he negligently entrusted his automobile to her. He demands strict proof thereof.

EXHIBIT 3

## Fourth Defense

Swing denies that the plaintiff is entitled to recover the items and amounts of damages alleged in the complaint. He demands strict proof thereof.

## Fifth Defense

Swing reserves the right to amend his answer to raise additional or different defenses in accordance with the court's scheduling order.

_R. Larry Bradford_

R. Larry Bradford, Attorney for Defendant,
Todd Swing
Attorney Bar Code: ASB-8038-F64R

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216

## CERTIFICATE OF SERVICE

I hereby certify that I have this the ___26___ day of September, 2007 served a copy of the foregoing to all attorneys of record by electronically filing and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Tedford Taylor, Esq.
Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205

_Larry Bradford_

OF COUNSEL

EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SONIA R. HAMMOCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 07-CV-00896-WHA-TFM |
| NELL E. LAMB and TODD SWING, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

**AFFIDAVIT OF TOBY HORNE**

STATE OF ALABAMA        )
                        :
JEFFERSON COUNTY        )

COMES NOW Toby Horne, being duly sworn, and deposes and states the following:

1.    I am over the age of nineteen years.

2.    I am employed by Central Alabama Investigations as an investigator and process server, was hired by Taylor and Taylor regarding the above referenced case, and have personal knowledge of the facts set forth in this affidavit.

3.    Central Alabama Investigations maintains a post office box at: P.O. BOX 240831, Montgomery, Alabama, 36124.

3.    On September 24, 2007, around 10:00 a.m., I served Defendant Nell E. Lamb at 120 Lost Trail, Lowndesboro, Alabama, with a Summons and Complaint in the above referenced case.

EXHIBIT 4

4.   The woman who answered the door stated that she was Defendant Lamb's mother, that Defendant went by the name Elaine, and that Defendant Lamb was asleep because she worked as a nurse.

5. Shortly thereafter, an alarm clock went off and Defendant Lamb came into the room, where I served her with the Summons and Complaint in the above referenced case.

6.   Defendant Lamb then gave me Defendant Todd Swing's information in Michigan, stating that it was Defendant Swing's mother's address, but that he was currently living on her property.

7. Defendant Lamb's mother also stated that she and Defendant Lamb were planning on moving to Michigan, but were going to maintain the residence at 120 Lost Trail, Lowndesboro, Alabama.


_____
TOBY HORNE


Sworn, to and subscribed before me this the _18th_ day of _October_____ , 2007.

Notary Public      NOTARY PUBLIC STATE OF ALABAMA AT LARGE
My commission expires MY COMMISSION EXPIRES: June 19, 2011
                      BONDED THRU NOTARY PUBLIC UNDERWRITERS


EXHIBIT 4