IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SONIA R. HAMMOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv896-WHA |
| ) | |
| NELL E. LAMB, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Remand or in the Alternative to Conduct Discovery on the Issue of Jurisdiction (Doc. #7), filed on October 25, 2007, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before November 14**, **2007** why the motion should not be granted. The Plaintiff shall have **until November 21, 2007**, to file any reply she may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 25th day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE