IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SONIA R. HAMMOCK,                    §
                                     §
        Plaintiff,                   §
                                     §    CIVIL ACTION NO.
                                     §
v.                                   §    07-CV-00896-WHA-TFM
                                     §
NELL E. LAMB and TODD SWING,         §
                                     §
        Defendants.                  §

**PLAINTIFF'S MOTION TO STAY RULE 26(F)**
**CONFERENCING & REPORT DEADLINE**

        Comes now the Plaintiff, Sonia R. Hammock, and without waiving
any objections that she has raised to this Court's jurisdiction
over the case, moves this Honorable Court to stay the Rule 26(f)
conferencing and report deadlines in this case.  As a basis for
said motion, Plaintiff states as follows:

        1.    This case was removed from the Circuit Court of Lowndes
County, by Defendants.  Defendants alleged the removal based on the
grounds of diversity jurisdiction.

        2.    Plaintiff has objected to Defendants' assertions and
filed a motion to remand this case back to state court where it was
originally filed.   In the alternative, Plaintiff has requested
leave from the Court to conduct jurisdictional discovery prior to
a ruling on her motion to remand.

# MOTION GRANTED

SO ORDERED
THIS 2 7th DAY OF Oct , 20 07

_____
UNITED STATES DISTRICT JUDGE