IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SONIA R. HAMMOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 07cv896-WHA |
| ) | |
| ) | |
| NELL E. LAMB and TODD SWING, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This cause is before the court on the Plaintiff's Motion to Remand or in the Alternative to Conduct Discovery on the Issue of Jurisdiction (Doc. #7).

The court has reviewed the Plaintiff's briefs in support of her motions, and the Defendants' brief in opposition, and concludes that jurisdictional discovery is warranted in this case to aid the court in the determination of subject matter jurisdiction. Accordingly it is hereby

ORDERED as follows:

1. The Plaintiff's Alternative Motion to Conduct Discovery on the Issue of Jurisdiction (Doc. #7) is GRANTED.

2. The parties are given until February 1, 2008 to conduct discovery on the issue of the domicile of Defendant Nell E. Lamb.

3. The parties are given until February 15, 2008 to file supplemental briefs in support of or in opposition to the Plaintiff's Motion to Remand.

Done this 26th day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE