IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SONIA R. HAMMOCK, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 07-CV-00896-WHA-TFM |
| NELL E. LAMB and TODD SWING, et al., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S INTERROGATORIES TO DEFENDANT
NELL ELAINE LAMB RELATING TO THE LIMITED ISSUE OF DOMICILE**

COMES NOW the Plaintiff in the above-styled cause and propounds the following interrogatories to Defendant Nell Elaine Lamb "LAMB"):

1. List all addresses at which you have been registered to vote between November 23, 2005 and September 24, 2007.

2. List all addresses at which you have received mail between November 23, 2005 and September 24, 2007.

3. List all telephone numbers, including area code, maintained by you and the immediate members of your family between November 23, 2005 and September 24, 2007.

4. Give the address of all places at which you spent at least three nights in a row between November 23, 2005 and September 24, 2007.

5. Do you own property in the State of Alabama? If so, is any such property situated at any of the addresses listed in

response to interrogatory numbers 1, 2 or 4?

6. List all banks, including the name and address, at which you had an account(s), of any kind, from November 23, 2005 through September 24, 2007.

7. List all State-issued licenses, including but not limited to driver's, boating, hunting, fishing, professional or other license, that you held between November 23, 2005 and September 24, 2007. For each license, what is shown as your address on its face?

8. List all professional licenses/certificates held by you from November 23, 2005 through September 24, 2007. For each license/certificate, what is shown as your address on its face.

9. List any and all religious, professional, civic, or social affiliations you have maintained or attended, between November 23, 2005 and September 24, 2007. Please list the address of each such organization.

10. In what state were each of the automobiles that you or a member of your immediate family owned, licensed and registered between November 23, 2005 and September 24, 2007?

11. For any and all pets you or a member of your immediate family have or has owned between November 23, 2005 and September 24, 2007, give the names and addresses (other than a boarding facility) at which the pet or pets has or have spent more than three nights in a row.

12. List the name and address of any and all medical

providers from whom you or any member of your immediate family received health care treatment between November 23, 2005 and September 24, 2007, including all doctors, dentists, hospitals or other medical providers.

    13.  List any and all schools at which you, your children, any minor that resided with you, or any other member of your immediate family that has attended school from January 2006 to the present.

                        /s/ Tedford Taylor
                        TEDFORD TAYLOR (TAY071)
                        Attorney for Plaintiff

**OF COUNSEL**:

Tedford Taylor, Esq.
**TAYLOR & TAYLOR**
2130 Highland Avenue
Birmingham, Alabama  35205
(205) 558-2800

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon counsel of record, by e-mailing a copy of same via Federal Court E-filing this the 28th day of November, 2007.

Larry Bradford
Lbradford@bradfordsears.com

                        /s/ Tedford Taylor
                        TEDFORD TAYLOR (TAY071)
                        Attorney for Plaintiff