IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SONIA R. HAMMOCK,

Plaintiff,

v.

NELL E. LAMB and TODD SWING, et al.,

Defendants.

) Civil Action Number: 2:07CV896-WHA

**DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

COMES NOW the defendant, Nell E. Lamb, pursuant to 28 U.S.C. § 1446, and supplements her response to the plaintiff's motion to remand. In support of the motion, Lamb shows unto the court as follows:

**I. THE PLAINTIFF'S MOTION TO REMAND IS DUE TO BE DENIED AS DIVERSITY OF CITIZENSHIP EXISTS BETWEEN THE DEFENDANT AND THE PLAINTIFF.**

Lamb reasserts each and every contention in her initial response to the plaintiff's motion to remand. Additionally, it is significant to note additional factors demonstrating Lamb's domicile in Michigan.

Lamb applied for two jobs in Michigan after leaving her previous job during June 2007 as a nurse in Charlottesville, Virginia. (See Elaine Lamb deposition pp. 12-13). Moreover, Lamb has not worked in Alabama since March 2006. (See Elaine Lamb deposition p. 17). Additionally, Lamb received dental care in Michigan during July 2007 and August 2007, approximately two months before suit was filed. (See Exhibit "1").

The plaintiff will undoubtedly contend Lamb is still domiciled in Alabama based upon a few minor contacts which remain with that state following her relocation to Michigan in June 2007, approximately three months before suit was filed.

Those few contacts remaining include a driver's license, nursing license, and voter registration in Alabama. However, such contacts, in this case, are not telling with regard to Lamb's domicile as Lamb still maintains current driver's and nursing licenses in Virginia and California as well. (See Elaine Lamb deposition pp. 9-12). Moreover, Lamb also maintains a nursing license in Michigan. (See Elaine Lamb deposition p. 11).

It should also be noted that Lamb's living arrangements are unique. Lamb has often worked as a traveling nurse since 2003 (See Elaine Lamb deposition pp. 16-18). During that time, Lamb has resided in Virginia, California, Alabama, and Michigan, depending upon her work assignment. (Id.; See also Elaine Lamb deposition pp. 16-19).

Lamb no longer works as a traveling nurse since moving to Michigan, where she now works as a permanent nurse at Sparrow Hospital in Lansing, Michigan. (See Elaine Lamb deposition p. 12). Thus, Lamb's current, stationary employment further indicates her intention to remain in Michigan.

The plaintiff may attempt to argue that Lamb still receives mail in Alabama at her uncle's residence, where she periodically stayed while working at Tutwiler Prison until March 2006. (See Elaine Lamb deposition pp. 40-41). However, such an argument also fails to establish Lamb's domicile in Alabama as Lamb still receives mail in California and, more importantly, Michigan as well. (See Exhibit "2"; See also Elaine Lamb deposition p. 36).

The plaintiff may also attempt to argue that Lamb continues to receive neurological medical treatment from Dr. Hamp Greene and has prescriptions filled in Montgomery, Alabama. However, such an argument is also misplaced.

Although Lamb has relocated to Michigan, she still appreciates the quality of care provided by Dr. Greene and intends to fly back to Alabama as she requires treatment. (See Elaine Lamb deposition pp. 57-58). Each and every one of Lamb's prescriptions filled in Alabama are prescribed by Dr. Greene and mailed to her in Michigan. (See Exhibit "3"; See also Elaine Lamb deposition pp. 72-73).

Simply because an individual seeks specialized medical treatment in another state does not establish domicile in that state. Indeed, specialized medical care is often regional and should not alone be considered a factor establishing domicile in the present case. As a result, the mere fact that Lamb continues to seek treatment by Dr. Greene is not dispositive of her domicile in this case.

To this day, Lamb continues to reside in Michigan and intends to do so indefinitely. (See Elaine Lamb deposition pp. 36-37; See also Exhibit "4"). In fact, Lamb made arrangements for her deposition to be taken in this case on January 23, 2008, flew to Alabama from Michigan, and returned to Michigan the very next day for work at Sparrow Hospital in Lansing. (See Elaine Lamb deposition pp. 32-33).

Therefore, diversity of citizenship of the parties is clear and this court maintains jurisdiction over the present case.

WHEREFORE, Lamb requests this court deny the plaintiff's motion to remand as federal jurisdiction has clearly been established.

/s/ R. Larry Bradford
R. Larry Bradford, Attorney for Defendant,
Nell E. Lamb
Attorney Bar Code: ASB-8038-F64R

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, Alabama 35216

**CERTIFICATE OF SERVICE**

I hereby certify that I have this the 14 day of February, 2008 served a copy of the foregoing to all attorneys of record by electronically filing and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Tedford Taylor, Esq.
Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205

/s/ R. Larry Bradford
OF COUNSEL

LAMB, ELAINE

**SERVICE CODE**

EX EXAMINATION
P PROPHYLAXIS
FT FLUORIDE TREATMENT
X X-RAYS
FMX FULL MOUTH X-RAYS
PT PERIODONTAL TREAT.
AM AMALGAM RESTORATION
AU GOLD RESTORATION
SP SPECIAL PORCELAIN
FB FIXED BRIDGE
D DENTURE (U.L.)
PD PARTIAL DENTURE
C CONSULTATION
ET EMERGENCY TREAT.
EXT EXTRACTION
FA FAILED APPT.
G GINGIVECTOMY
N NERVES CAPPED
OC OFFICE CALL
OE OCCLUSAL EQUILIBRATION
OS ORAL SURGERY
RC ROOT CANAL
SM STUDY MODELS
B BLEACHING
L LAMINATES
MG MOUTH GUARD
OG OCCLUSAL GUARD
SP SPLINT TEETH
S SEALANTS
G & P GOLD & PORCELAIN RESTORATION

GEORGE L. BETTMAN, D.D.S.
ROBERT G. BETTMAN, D.D.S.
212 Lansing Medical - Dental Bldg.
2909 E. Grand River Avenue
LANSING, MICHIGAN 48912
Telephone 485-1769

PAGE

**PAYMENT CODE**

CA CASH
CK CHECK
INS INSURANCE
CR CREDIT
NC NO CHARGE
ER ERROR CORRECTED
MO MONEY ORDER
FC FINANCE CHARGE
ROA RECV'D. ON ACCT.

ELAINE LAMB
P.O. BOX 92
Laingsburg, Mi. 48848

**TERMS:** All accounts are due by 10th of the month. Unless special financial arrangements are made in advance. There is a 1½% **FINANCE CHARGE** per month on the unpaid balance. **ANNUAL % RATE** of 18% per year.

THIS IS AN **ITEMIZED STATEMENT** OF YOUR ACCOUNT

| DATE | DESCRIPTION | CODE | CHARGE | PAID | BALANCE |
|---|---|---|---|---|---|
| 7-9-07 | Dr. Neill Clair Lamb bld. Visa ins 462.20 | PC, X | 622.00 | 120.00 | 502.00 |
| 7-11-07 | Dr. Neill bld. ins Visa 222 | in ex p fmx perio dex | 234.00 | 12.00 | 724.00 |
| 7-16-07 | Dr. Neill bld. ins 235.80 | AM+core | 786.00 | -0- | 1510.00 |
| 8-2-07 | Principal - Neill 7-9-07 7-11-07 | ins. | -0- | 684.20 | 825.80 |
| 8-9-07 | Principal - Neill 7-16-07 | ins. | -0- | 235.80 | 590.00 |
| 8-13-07 | **PATIENTS BALANCE DUE** 590.00 | | | | 590.00 |
| 9-13-07 | **PATIENTS BALANCE DUE** 590.00 | | | | 590.00 |
| 10-16-07 | **PATIENTS BALANCE DUE** 590.00 | Past Due | | | 590.00 |
| 11-15-07 | **PATIENTS BALANCE DUE** 616.55 | Interest Aug-Oct | 26.55 | letter #1 | 616.55 |
| 12-13-07 | **PATIENTS BALANCE DUE** [illegible] | Interest Nov. | 9.24 | letter #2 | 625.79 |

**PAY LAST BALANCE THIS COLUMN**

Principal
INSURANCE CO.

POLICY NO.

EMPLOYER

334-278-3499
HOME PHONE

COLLECTION CONTROL

STATEMENTS

Jan-Jan
$1000
p - 100%
b - 80% } $50 ded.
M - 50%

FORM 174260 R/07/02 ITEM 9812

**EXHIBIT**
**1**

NOPR 337

BancorpSouth
Member FDIC

16/0

NELL E LAMB
15750 LASSELLE ST APT 10-N
(ADU 9/12/07)
MORENO VALLEY CA 11111

STATEMENT DATE
12/21/07
ACCOUNT NUMBER
8808-885-1

INFOLINE 1-888-797-7711

* * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 185.70 | AVERAGE BALANCE | 162 |
| + 0 CREDITS | .00 | | |
| - 3 DEBITS | 124.37 | YTD INTEREST PAID | .00 |
| - SERVICE CHARGES | .00 | | |
| + INTEREST PAID | .00 | FEES THIS PERIOD | .00 |
| ENDING BALANCE | 56.83 | | |

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 12/05 | 7.38 | CK DEBIT MARK'S IGA LAINGSBURG MI | |
| 12/17 | 75.00 | POS DEBIT<br>BAPTIST HEALTH MONTGOMERY AL | 121607 |
| 12/20 | 41.99 | POS DEBIT<br>MELALEUCA 00 IDAHO FALLS ID | 122007 |
| 12/21 | 4.50 | PLUS PACKAGE FEE | |

* * * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11/26 | 185.70 | 12/17 | 103.32 | 12/21 | 56.83 |
| 12/05 | 178.32 | 12/20 | 61.33 | | |

* * * * * * * * * * * * * REGULAR SAVINGS * * * * * * * * * * * * *

ACCOUNT NUMBER 00000000970037 BALANCE 11/26/07 123.13

| | |
|---|---|
| INTEREST RATE | 0.60000 |
| ANNUAL PERCENTAGE YIELD EARNED | 0.559 |
| DAYS IN PERIOD | 27 |
| FEES THIS PERIOD | .00 |
| INTEREST EARNED THIS PERIOD | .05 |
| YEAR-TO-DATE INTEREST | .46 |

EXHIBIT
2



NOPR 337

BancorpSouth®
Member FDIC

16/0

NELL E LAMB
15750 LASSELLE ST APT 10-N
(ADU 9/12/07)
MORENO VALLEY CA 11111

STATEMENT DATE
01/24/08
ACCOUNT NUMBER
8808-885-1

INFOLINE 1-888-797-7711

* * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 56.83 | AVERAGE BALANCE | |
| + 0 CREDITS | .00 | | 3-OD |
| - 4 DEBITS | 149.31 | YTD INTEREST PAID | |
| - SERVICE CHARGES | .00 | | .00 |
| + INTEREST PAID | .00 | FEES THIS PERIOD | |
| ENDING BALANCE | 96.98-OD | | .00 |

* * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 01/02 | 45.88 | POS DEBIT 010208<br>SCHULER BOOKS/01 OKEMOS MI | |
| 01/15 | 69.93 | POS DEBIT 011508<br>BLOCKBUSTER VIDE OKEMOS MI | |
| 01/16 | 32.00 | OD CHARGE | |
| 01/16 | 1.50 | ATM INQ FEE | |
| 01/24 | 4.50 | PLUS PACKAGE FEE | |

* * * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/21 | 56.83 | 01/15 | 58.98OD | 01/24 | 96.98OD |
| 01/02 | 10.95 | 01/16 | 92.48OD | | |

* * * * * * * * * * * * REGULAR SAVINGS * * * * * * * * * * * * *

ACCOUNT NUMBER 00000000970037 BALANCE 12/23/07 123.13

| DATE | DESCRIPTION | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| 12/24 | INTEREST PAID | | 0.44 | 123.57 |



NOPR 337

BancorpSouth
Member FDIC

16/0
PAGE 2

NELL E LAMB
15750 LASSELLE ST APT 10-N
(ADU 9/12/07)
MORENO VALLEY CA 11111

STATEMENT DATE
01/24/08
ACCOUNT NUMBER
8808-885-1

* * * * * * * * * * * * REGULAR SAVINGS * * * * * * * * * * * * * *

ACCOUNT NUMBER 00000000970037 BALANCE 12/23/07 123.13

| | |
|---|---|
| INTEREST RATE | 0.60000 |
| ANNUAL PERCENTAGE YIELD EARNED | 0.65% |
| DAYS IN PERIOD | 32 |
| FEES THIS PERIOD | .00 |
| INTEREST EARNED THIS PERIOD | .07 |
| YEAR-TO-DATE INTEREST | .00 |

* * * * * INSURANCE STATEMENT * * * * * Printed: Thursday, January 31, 2008 09:36:24 AM

Patient: ELAINE LAMB, COMFORT INN ROOM 415, 2354 SOUTH 4TH STREET, EL CENTRO, CA 92243-0000
Statement Date Beginning 01/01/2006, Ending 12/31/2007

| Rx # | Doctor | Drug | NDC | Qty | Fill Date | Refill | Price | Tax |
|---|---|---|---|---|---|---|---|---|
| 511344 | GREENE,HAMP H | | | | 03/28/2006 | 0 | 37.00 | 0.00 |
| 511345 | GREENE,HAMP H | | | | 03/28/2006 | 0 | 45.25 | 0.00 |
| 511345 | GREENE,HAMP H | | | | 04/28/2006 | 1 | 45.25 | 0.00 |
| 511345 | GREENE,HAMP H | | | | 05/24/2006 | 2 | 45.25 | 0.00 |
| 511345 | GREENE,HAMP H | | | | 06/19/2006 | 3 | 45.25 | 0.00 |
| 511345 | GREENE,HAMP H | | | | 07/17/2006 | 4 | 45.25 | 0.00 |
| 511345 | GREENE,HAMP H | | | | 08/10/2006 | 5 | 45.25 | 0.00 |
| 530800 | GREENE,HAMP H | | | | 01/08/2007 | 0 | 24.05 | 0.00 |
| 530801 | GREENE,HAMP H | | | | 01/08/2007 | 0 | 26.99 | 0.00 |
| 530802 | GREENE,HAMP H | | | | 01/08/2007 | 0 | 29.65 | 0.00 |
| 530803 | GREENE,HAMP H | | | | 01/08/2007 | 0 | 34.51 | 0.00 |
| 530802 | GREENE,HAMP H | | | | 02/05/2007 | 1 | 29.65 | 0.00 |
| 530801 | GREENE,HAMP H | | | | 02/05/2007 | 1 | 26.99 | 0.00 |
| 530800 | GREENE,HAMP H | | | | 02/05/2007 | 1 | 24.05 | 0.00 |
| 530803 | GREENE,HAMP H | | | | 02/05/2007 | 1 | 34.51 | 0.00 |
| 530800 | GREENE,HAMP H | | | | 03/01/2007 | 2 | 24.05 | 0.00 |
| 530803 | GREENE,HAMP H | | | | 03/01/2007 | 2 | 34.51 | 0.00 |
| 530801 | GREENE,HAMP H | | | | 03/01/2007 | 2 | 26.99 | 0.00 |
| 530802 | GREENE,HAMP H | | | | 03/01/2007 | 2 | 29.65 | 0.00 |
| 530802 | GREENE,HAMP H | | | | 03/26/2007 | 3 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530801 | GREENE,HAMP H | | | | 03/26/2007 | 3 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530803 | GREENE,HAMP H | | | | 03/26/2007 | 3 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530800 | GREENE,HAMP H | | | | 03/26/2007 | 3 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530800 | GREENE,HAMP H | | | | 04/18/2007 | 4 | *****21.70 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530803 | GREENE,HAMP H | | | | 04/18/2007 | 4 | *****50.61 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530801 | GREENE,HAMP H | | | | 04/18/2007 | 4 | *****10.70 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530802 | GREENE,HAMP H | | | | 04/18/2007 | 4 | ******5.88 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530804 | GREENE,HAMP H | | | | 04/18/2007 | 0 | *****21.11 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530803 | GREENE,HAMP H | | | | 05/10/2007 | 5 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530804 | GREENE,HAMP H | | | | 05/10/2007 | 1 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530802 | GREENE,HAMP H | | | | 05/10/2007 | 5 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530801 | GREENE,HAMP H | | | | 05/10/2007 | 5 | *****10.00 | 0.00 |

EXHIBIT
3

Patient: ELAINE LAMB, COMFORT INN ROOM 415, 2354 SOUTH 4TH STREET, EL CENTRO, CA 92243-0000
Statement Date Beginning 01/01/2006, Ending 12/31/2007

| Rx # | Doctor | Drug | NDC | Qty | Fill Date | Refill | Price | Tax |
|---|---|---|---|---|---|---|---|---|
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530800 | GREENE,HAMP H | | | | 05/10/2007 | 5 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530804 | GREENE,HAMP H | | | | 06/04/2007 | 2 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530800 | GREENE,HAMP H | | | | 06/04/2007 | 6 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541826 | GREENE,HAMP H | | | | 06/04/2007 | 0 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541827 | GREENE,HAMP H | | | | 06/04/2007 | 0 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541828 | GREENE,HAMP H | | | | 06/04/2007 | 0 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541828 | GREENE,HAMP H | | | | 06/28/2007 | 1 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541827 | GREENE,HAMP H | | | | 06/28/2007 | 1 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541826 | GREENE,HAMP H | | | | 06/28/2007 | 1 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530800 | GREENE,HAMP H | | | | 06/28/2007 | 7 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530804 | GREENE,HAMP H | | | | 06/28/2007 | 3 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530804 | GREENE,HAMP H | | | | 07/23/2007 | 4 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541826 | GREENE,HAMP H | | | | 07/23/2007 | 2 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541827 | GREENE,HAMP H | | | | 07/23/2007 | 2 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530800 | GREENE,HAMP H | | | | 07/23/2007 | 8 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541828 | GREENE,HAMP H | | | | 07/23/2007 | 2 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541828 | GREENE,HAMP H | | | | 08/16/2007 | 3 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530800 | GREENE,HAMP H | | | | 08/16/2007 | 9 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541827 | GREENE,HAMP H | | | | 08/16/2007 | 3 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541826 | GREENE,HAMP H | | | | 08/16/2007 | 3 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530804 | GREENE,HAMP H | | | | 08/16/2007 | 5 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530804 | GREENE,HAMP H | | | | 09/07/2007 | 6 | *****10.00 | 0.00 |

***** INSURANCE STATEMENT *****

Printed: Thursday, January 31, 2008 09:36:24 AM

Patient: ELAINE LAMB, COMFORT INN ROOM 415, 2354 SOUTH 4TH STREET, EL CENTRO, CA 92243-0000
Statement Date Beginning 01/01/2006, Ending 12/31/2007

| Rx # | Doctor | Drug | NDC | Qty | Fill Date | Refill | Price | Tax |
|---|---|---|---|---|---|---|---|---|
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541826 | GREENE, HAMP H | | | | 09/07/2007 | 4 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541827 | GREENE, HAMP H | | | | 09/07/2007 | 4 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530800 | GREENE, HAMP H | | | | 09/07/2007 | 10 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541828 | GREENE, HAMP H | | | | 09/07/2007 | 4 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530804 | GREENE, HAMP H | | | | 10/01/2007 | 7 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530800 | GREENE, HAMP H | | | | 10/01/2007 | 11 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541827 | GREENE, HAMP H | | | | 10/01/2007 | 5 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541826 | GREENE, HAMP H | | | | 10/01/2007 | 5 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 541828 | GREENE, HAMP H | | | | 10/01/2007 | 5 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530804 | GREENE, HAMP H | | | | 10/25/2007 | 8 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 552211 | GREENE, HAMP H | | | | 10/25/2007 | 0 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 552212 | GREENE, HAMP H | | | | 10/25/2007 | 0 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 552213 | GREENE, HAMP H | | | | 10/25/2007 | 0 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 552214 | GREENE, HAMP H | | | | 10/25/2007 | 0 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530804 | GREENE, HAMP H | | | | 11/19/2007 | 9 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 552212 | GREENE, HAMP H | | | | 11/19/2007 | 1 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 552214 | GREENE, HAMP H | | | | 11/19/2007 | 1 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 552213 | GREENE, HAMP H | | | | 11/19/2007 | 1 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 552211 | GREENE, HAMP H | | | | 11/19/2007 | 1 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 530804 | GREENE, HAMP H | | | | 12/13/2007 | 10 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 552214 | GREENE, HAMP H | | | | 12/13/2007 | 2 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 552212 | GREENE, HAMP H | | | | 12/13/2007 | 2 | *****10.00 | 0.00 |

***** INSURANCE STATEMENT *****

Printed: Thursday, January 31, 2008 09:36:24 AM

Patient: ELAINE LAMB, COMFORT INN ROOM 415, 2354 SOUTH 4TH STREET, EL CENTRO, CA 92243-0000

Statement Date Beginning 01/01/2006, Ending 12/31/2007

| Rx # | Doctor | Drug | NDC | Qty | Fill Date | Refill | Price | Tax |
|---|---|---|---|---|---|---|---|---|
| Insurance #1: PAID RX #10 | | | | | | | | |
| 552213 | GREENE,HAMP H | | -3720-03 | 90 | 12/13/2007 | 2 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| 552211 | GREENE,HAMP H | | -0524-01 | 60 | 12/13/2007 | 2 | *****10.00 | 0.00 |
| Insurance #1: PAID RX #10 | | | | | | | | |
| | | | | | Totals | | $1304.10 | $0.00 |

Pharmacist: C. Broughton

Store: BAPTIST TOWER PHARMACY
2055 E. SOUTH BLVD #107
MONTGOMERY, AL 36116-0000

Federal tax ID: 63-0837260

Service Provider ID: 0119710

graduate?
A. 1981.
Q. And have you been in the practice of nursing since that time?
A. Yes, I have.
Q. You've brought some documents here today, which I have had an opportunity to look at before the deposition. And one of the -- some of the documents were licenses. What current licenses do you have?
A. What type of license? Nursing or --
Q. We'll start with nursing.
A. I have a California nurse's license, Alabama, Virginia, and Michigan.
Q. When did you apply for your Michigan nursing license?
A. I don't know the exact date. July. The month of July.
Q. I've made copies of some of your documents and want to mark them.

I want to show you first a copy of what is your driver's license and then two of your nursing board licenses. Your current driver's license is -- do you currently have an Alabama driver's license?

A. Yes.

Q. Are you licensed to drive in Michigan?

A. Do I have a Michigan driver's license?

Q. Yes.

A. No.

Q. Looking at the copy of your driver's license, tell me when your Alabama driver's license expires.

A. 1/25/2010.

Q. Okay. In looking at that same piece of paper that has your Alabama nursing license on it, when does your Alabama nursing license expire?

A. 12/31/2008.

Q. I'd like to mark this as

Exhibit 1 to the deposition.

(Whereupon, Plaintiff's Exhibit Number 1 was marked for identification and is attached to the original transcript.)

Q. I'm also going to show you a copy of your current Virginia license that you have brought to us today. Could you tell me when that license expires?

A. January the 31st, 2009.

Q. And what we can do is add these licenses and attach this to Exhibit 1, so it doesn't make it too complicated.

I'm also going to show you your State of Michigan license, and ask you when that license is set to expire?

A. March 31st, 2008.

Q. One more, Ms. Lamb, I want to show you your California license, going

back to that original page, and ask you when that license expires?

A. February 28th, 2009.

Q. Ms. Lamb, who is your present employer?

A. Sparrow Hospital.

Q. Where is Sparrow located?

A. Lansing, Michigan.

Q. How long have you been working at Sparrow Hospital?

A. I started last week.

Q. Prior to working at Sparrow Hospital, where were you employed?

A. Charlottesville, Virginia as a travel nurse.

Q. What was the name of your employer?

A. On Assignment.

Q. When did you start working with On Assignment?

A. 10/06.

Q. And when did you continue to work at On Assignment until you began

at Sparrow Hospital?

A. I stopped working with On Assignment 6/07 and I have not worked until I just started.

Q. Did you apply for any jobs during that six-month period that you weren't working?

A. In Michigan at two other hospitals.

Q. Did you apply for any jobs in Alabama?

A. No.

Q. What two hospitals in Michigan did you apply for jobs?

A. Owasso. And I don't know the name of the other.

Q. Is it Owasso Hospital?

A. Uh-huh.

MR. LOGAN: Is that a yes?

THE WITNESS: Yes, I'm sorry.

Q. (BY MR. TAYLOR:) If you can think of the name of the other hospital, if you would, just interrupt

Q. Ms. Lamb, in my request for production, and also in my notice to take deposition, I asked you to bring some documents and some you brought today. I asked you to bring some tax documents. And you've brought a 2006 W-2 that I'll show you now. This W-2 was sent to you from the Prison Health Service, Incorporated?

A. Yes.

Q. They're located in Brentwood, Tennessee. For what employment was that?

A. Tutwiler Prison in Wetumpka.

Q. What dates -- I'll tell you what, it might be easier to go through your employment history first before we get into that.

A. Okay.

Q. Give us a little more organization.

Before On Assignment, where you were employed from October 2006 to

June of 2007, where were you employed prior to that?

A. Prison Health Services, which is Tutwiler Prison, from 9/30/05 to 3/13/06.

At the same time, I worked Adidas Health Care, 3/05 to 7/21/05.

Q. And prior to March of '05, where did you work?

A. Travel Nurse Across America, 7/03 to 11/03.

Q. Where were they located?

A. I'm trying to remember. That was one travel assignment in Bakersfield, California.

Q. And that's where you were located is in Bakersfield, California?

A. That's where --

Q. Travel Nurse Across America, is that --

A. I traveled.

Q. Where is that company located?

A. I don't know offhand.

Q. Okay. Now, prior to July of 2003, where were you employed?

A. I did -- from 12/02 to 4/02, I did private duty nursing with my mother for cancer. I don't know if you can call that employed.

Q. Now, that brings us back to taxes, W-2s and 1099s.

A. Okay.

Q. In 2007, you were employed by On Assignment in Charlottesville, North Carolina; is that right?

A. Correct.

Q. Where were you located during that employment? In Charlottesville?

A. In Charlottesville. Do you want the address?

Q. Yes.

A. 844 C-A-T-A-L-P-A Court, Charlottesville, Virginia 22903.

Q. Did you work in Alabama during the year 2007?

A. I have not worked in Alabama

since the prison.

Q. Have you received a W-2 and/or a 1099 from On Assignment for 2007?

A. If they've mailed it, I have not received it.

Q. Okay. Have you filed Federal tax returns or State tax returns?

A. Not for 2005, '6, or '7.

Q. And in 2005, you were located in Alabama; is that correct?

A. Yes.

Q. Did you make more than $4,600 per year in 2005?

A. I honestly don't know. I think so, but I don't know.

MR. LOGAN: Are you guessing?

THE WITNESS: I'm guessing.

MR. LOGAN: Don't guess.

A. I do not know.

Q. (BY MR. TAYLOR:) In 2006, did you make more than $4,600 from the Prison Health Services?

A. Yes.

prior to the Civic?

A. Yes.

Q. And did you get rid of the Explorer before you used your mom's or your Civic?

A. Yes.

Q. Ms. Lamb, when did you get here to Alabama today?

A. At 9:55.

Q. Are you staying tonight?

A. Yes, I am.

Q. Who are you staying with?

A. My sister is coming up from Hope Hull and we're staying in a hotel. And I fly out tomorrow morning back to Michigan.

Q. What's your sister's name?

A. Barbara Grant.

Q. How long has she lived in Hope Hull?

A. She moved back from Utah to Hope Hull -- I don't know the number of years.

Q. More than five?

A. I don't think five. May be -- I don't know.

Q. Okay. More than three?

A. I think.

Q. Okay.

A. I can give you that.

Q. And you're leaving tomorrow, you say?

A. Yes.

Q. Have you ever given a deposition before?

A. No.

Q. And how were you notified of this deposition?

MR. LOGAN: Before you answer, don't talk about any conversations that you've had with me or anybody in my office. But you can tell him when you were notified about your deposition.

A. When I received this or when I was notified that I was coming here?

Q. (BY MR. TAYLOR:) Okay.

notified you that -- without telling me anything they've said, they notified you that this was going on?

MR. LOGAN: She was aware of her deposition before she showed up today, if that's fair.

Q. (BY MR. TAYLOR:) Okay. I want to go through and get a history of addresses, starting with your current address where you claim to be living.

A. Okay. I live at 225 West Street, Post Office Box 92, Laingsburg, L-A-I-N-G-S-B-U-R-G, Michigan 48848.

Q. Is that a physical address?

A. 225 is a physical address. They do not mail there. So the P.O. Box is where the mail comes.

Q. The physical address, 225 West Street, is that a house or an apartment?

A. A house.

Q. What kind of property is it located on? Better question, who lives

there with you?

A. My mother, my sister, and her children. Her husband and children.

Q. And is this your same sister Barbara --

A. No.

Q. It's not? What's your sister's name?

A. Edith Law.

Q. And her husband is Steven Law?

A. Correct.

Q. Who owns the property at 225 West Street?

A. Edith and Steven.

Q. Do you pay them rent?

A. When I have any money in my account.

Q. And how long have you been staying at that address?

A. I went there at the end of June. I stayed there until I went up to help my mother move her property in Alabama to move up there also.

and I can't tell you which times I stayed. She traveled with me on some of those assignments. I can't tell you which times I stayed with her or stayed with my uncle or which times I stayed with my brother, which times I stayed with Edith in Michigan.

Q. What's your brother's address in Montgomery?

A. I don't know.

Q. Dalford Street?

A. Dalford Lane or Dalford Street.

Q. What's his name?

A. Michael Lamb.

Q. Is he married?

A. Yes, he is.

Q. What's his wife's name?

A. Valerie Lamb.

Q. Do they have any children?

A. None living in their home.

Q. When you were working at Tutwiler, where were you staying during

that period of time?

A. I'm trying to remember if the house was sold in Lowndesboro. With my uncle, I think. I believe.

Q. With your uncle at 120 Lost Trail?

A. Yes, or -- I'm sorry. I don't know. I don't know if we'd sold the property yet in Lowndesboro. I could be mistaken.

Q. Well, let me try to get a frame of reference on time with these -- when you were staying at these places in Alabama.

A. Okay.

Q. From September the 30th, 2005 to July the 31st, 2000 until March the 13th, 2006, you were working at Prison Health Services?

A. Yes.

Q. During that six-month period of time --

A. -- I lived in Lowndesboro.

in Laingsburg three times. I don't know the dates.

Q. Have these been since October 3rd, 2007?

A. Yes.

Q. When was the last time you saw a physician in the State of Alabama?

A. That would be within the last year, and that would be my neurologist Dr. Hamp Green.

Q. Dr. Green, did you see him in the month of September 2007?

A. I don't know. I don't know. I'd have to call his office to know the exact date.

Q. Could you do that and find out when the last time you saw Dr. Green?

A. I could do that right now.

Q. That would be great.

MR. TAYLOR: Can we take a break?

MR. LOGAN: Sure.

(Short recess.)

A. (BY MR. TAYLOR:) January of '07.

Q. And do you intend to see Dr. Green again?

A. Yes. I will fly back to see him. I will keep him as my neurologist. I will have all of my other doctors in Michigan, but I won't give him up.

Q. Any other doctors in Montgomery besides Dr. Green that you have seen in the last year?

A. My family physician is Dr. Keith Hughes.

Q. When was the last time you saw him?

A. I can call him and ask.

Q. If you don't mind.

(Short recess.)

A. My medications are prescribed to me by Dr. Green.

Q. Okay. And you are on prescription medication?

A. Yes, I am.

Q. Your latest prescription prescribed by Dr. Green, could you get a copy of that label on that bottle and give it to your lawyer at your earliest convenience?

A. Yes.

MR. LOGAN: If you have it.

A. It's in Michigan.

Q. (BY MR. TAYLOR:) Okay.

MR. LOGAN: And, Tedford, what I may do is I may black out what the medication is.

MR. TAYLOR: That's fine.

MR. LOGAN: I assume the only information that you're interested would be the address on the bottle; is that correct?

MR. TAYLOR: Right. The

address and the doctor and that sort of thing.

A. Well, I can tell you right now the medications are all out of Baptist Towers and mailed to me in Laingsburg. So I can get Baptist Towers to --

Q. (BY MR. TAYLOR:) That may be an easier route.

A. -- give you a statement that they're mailing all of my medications. Because they mailed them to me in California. Now they mail them to me.

Q. That's fine. I just want to make sure that it shows when the medications were prescribed. And I don't need to know the medications; just when they were prescribed. And that should be on the label of the date that it was filled.

A. You just want the last set or --

Q. Well, actually --

A. They're monthly medications