IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SONIA R. HAMMOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number: 2:07CV896-WHA |
| | ) |
| NELL E. LAMB and TODD SWING, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Jereme C. Logan of the Bradford & Sears, P.C., and enters his appearance for the defendants, Nell E. Lamb and Todd Swing in this case.

                                          /s/ Jereme C. Logan
                                  R. Larry Bradford, Attorney for Defendant,
                                  Nell E. Lamb
                                  Attorney Bar Code: ASB-3653-J60L

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, Alabama 35216

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 15th day of February, 2008 served a copy of the foregoing to all attorneys of record by electronically filing and/or placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Tedford Taylor, Esq.
Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205


                                                /s/ Jereme C. Logan
                                            OF COUNSEL