IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SONIA R. HAMMOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number: 2:07CV896-WHA |
| | ) |
| NELL E. LAMB and TODD SWING, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Comes now the plaintiff, Sonia R. Hammock, and the defendants, Nell E. Lamb and Todd Swing, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and stipulate that this case is due to be dismissed with prejudice, with the parties to bear their own court costs.

_____
Tedford Taylor, Attorney for Plaintiff,
Sonia R. Hammock

OF COUNSEL:

Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205

_____
R. Larry Bradford, Attorney for
Defendants, Nell E. Lamb and Todd
Swing
Attorney Bar Code: ASB-8038-F64R

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, Alabama 35216