IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SONIA R. HAMMOCK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NELL E. LAMB and TODD SWING, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:07cv896-WHA |

## **ORDER**

Upon consideration of the Stipulation of Dismissal (Doc. #28), filed by the parties on March 18, 2008, and for good cause shown, it is hereby ORDERED as follows:

1. This case is DISMISSED with prejudice, the parties to bear their own costs.

2. All pending motions are DENIED as moot.

DONE this 19th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE